FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISNO DEVELOPMENT ENTERPRISE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BARRY LEVINE, an individual; ARI SCHOTTENSTEIN, an individual; PROTILUS INVESTORS, LLC, a New Jersey limited liability company; ILUS INVESTORS, LP, a California limited partnership; ILUS GP US LLC, a California limited liability company; RIDGEMOUNT INVESTMENTS, INC., a Canadian corporation; ALEX ISCOE, an individual; DAVID ULMER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.   2:13-cv-07961-R<br><br>JUDGMENT |

////////

////////

////////

The Court, having granted summary judgment in favor of Defendants and against Plaintiff on the entire Complaint in this matter.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Bisno Development Enterprise, LLC ("BDE") will take nothing by reason of the Complaint and that JUDGMENT IS ENTERED in favor of Defendants Barry Levine; Ari Schottenstein, Protilus Investors, LLC ("Protilus"); Ilus Investors, LP ("Ilus LP"); Ilus GP US, LLC ("Ilus GP"); Alex Iscoe, David Ulmer; and Ridgemount Investments, Inc. ("Ridgemount").

Dated: November 21, 2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE